# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CASE NO. 2: 25-PO-013 |
| | MAGISTRATE JUDGE JOLSON |
| **WILLIAM LAAKSO,** | |
| Defendant. | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is **DISMISSED**.

                                                    s/ Kimberly A. Jolson
                                                    **KIMBERLY A. JOLSON**
                                                    **United States Magistrate Judge**

2/21/2025